UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL MORENO and<br>ELIZABETH MORENO,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITIMORTGAGE, INC.,<br>NORTWEST TRUSTEE<br>SERVICES, INC., and DOES<br>1 through 20, inclusive,<br><br>        Defendants. | Case No.<br>EDCV 13-1023 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that CitiMortgage, Inc. is DISMISSED WITHOUT PREJUDICE from Plaintiffs' First Amended Complaint. The Court orders that such judgment be entered.

Dated: August 13, 2013

                                               JESUS G. BERNAL
                                    United States District Judge